This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CINDY PONCHO, on behalf of and as surviving spouse of JOHNNIE PONCHO,**

Worker/Decedent-Appellant,

v.                                                             NO. 29,614

**EVEREST GROUP, INC. and MOUNTAIN STATES MUTUAL CASUALTY CO.,**

Employer/Insurer-Appellees.

**APPEAL FROM NEW MEXICO WORKERS' COMPENSATION ADMINISTRATION**
**Gregory D. Griego, Workers' Compensation Judge**

David S. Proffit
Albuquerque, NM

for Appellant

Katherine E. Tourek
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

Summary reversal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

Reversed.

**IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Chief Judge**

_____
**MICHAEL E. VIGIL, Judge**